Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
P.O. Box 358
Carencro, Louisiana 70520-0358
rick@rickdaltonlaw.com
(337) 371-0375

ATTORNEY FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | | |
|---|---|---|
| **LOUIS MARTIN AND MARIA MARTIN** § § § | **CIVIL ACTION NO:** |
| *Plaintiffs* § § | **2:21-cv-01056-SVW-KES** |
| v. § § | |
| **REV RECREATION GROUP, INC.** § **GIANT INLAND EMPIRE RV CENTER, INC. AND** § § **BANK OF THE WEST** § § | |
| *Defendants* § | **JURY TRIAL REQUESTED** |

### NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES COURT:**

Plaintiffs, **LOUIS MARTIN AND MARIA MARTIN**, and the Defendants, **REV RECREATION GROUP, INC.; GIANT INLAND EMPIRE RV CENTER, INC. and BANK OF THE WEST**, have reached a settlement in this matter. Plaintiffs and Defendants will submit an agreed motion of dismissal with prejudice within 60 days.

-1-

RESPECTFULLY SUBMITTED:

BY: /s/ *Richard C. Dalton*

Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
P.O. Box 358
Carencro, Louisiana 70520-0358
E-mail: rick@rickdaltonlaw.com
Tel. (337) 371-0375

ATTORNEY FOR PLAINTIFFS

-2-

## CERTIFICATE OF SERVICE

I do hereby certify that on October 19, 2021, I have served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand, delivery, facsimile transmission, or by mailing same by United States mail properly addressed, and first class postage prepaid.

_____*Richard C. Dalton*_____
RICHARD C. DALTON