**SUTTON & MURPHY**
Thomas M. Murphy, SBN 132283
tmurphy@suttonmurphy.com
26056 Acero
Mission Viejo, CA 92691
Telephone: (949) 206-0550
Facsimile: (949) 206-0560

Attorneys for Defendants, REV RECREATION GROUP, INC., GIANT INLAND EMPIRE RV CENTER, INC., and BANK OF THE WEST

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LOUIS MARTIN; MARIA MARTIN,<br><br>Plaintiffs,<br><br>vs.<br><br>REV RECREATION GROUP, INC.; GIANT INLAND EMPIRE RV CENTER, INC.; and BANK OF THE WEST,<br><br>Defendants. | Case No.   2:21-cv-01056-SVW-KES<br><br>**STIPULATION FOR DISMISSAL**<br><br><br><br>Assigned to Judge Steven V. Wilson<br>Assigned to Mag. Judge Karen E. Scott<br>Complaint Filed: February 4, 2021 |

TO THE HONORABLE UNITED STATES COURT:

Plaintiffs, LOUIS MARTIN and MARIA MARTIN, and Defendants, REV RECREATION GROUP, INC., GIANT INLAND EMPIRE RV CENTER, INC., and BANK OF THE WEST, file this Stipulation of Dismissal under Federal Rule of Civil Procedure Section 41(a)(1)(A)(iii).

1. On February 4, 2021, Plaintiff sued Defendants.
2. Plaintiff now moves to dismiss the lawsuit.
3. Defendants agree to the dismissal.
4. This case is not a class action.
5. A receiver has not been appointed in this case.

**STIPULATION FOR DISMISSAL**

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8. This dismissal is with prejudice to refiling.

RESPECTFULLY SUBMITTED:

DATED: June 9, 2023

**RICHARD C. DALTON, LLC**

/s/ Richard C. Dalton

By: _____
Richard C. Dalton
P.O. Box 358
Carencro, LA 70520
Telephone: (337) 371-0375
rick@rickdaltonlaw.com
Attorneys for Plaintiffs
LOUIS MARTIN and MARIA MARTIN

DATED: June 9, 2023

**SUTTON & MURPHY**

/s/ Thomas M. Murphy

By: _____
Thomas M. Murphy
26056 Acero
Mission Viejo, CA 92691
Telephone: (949) 206-0550
tmurphy@suttonmurphy.com
Attorneys for Defendants,
REV RECREATION GROUP, INC., GIANT INLAND EMPIRE RV CENTER, INC., and BANK OF THE WEST